IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff/Respondent,<br><br>vs.<br><br>Claney Lee Taylor,<br><br>    Defendant/Movant. | No.  CV16-2063 PHX DGC (DMF)<br>       CR07-1231 PHX DGC<br><br>**ORDER** |

Defendant/Movant, Claney Lee Taylor, has filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255. Doc. 1. On August 26, 2016 Plaintiff/Respondent, United States of America, filed a motion to stay. Doc. 6. The motion is fully briefed. United States Magistrate Judge Deborah M. Fine has issued a report and recommendation ("R&R") recommending that the motion to stay be granted. Doc. 13. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and grant the motion to stay.

**IT IS ORDERED:**

1. The R&R (Doc. 13) is **accepted**.
2. The motion to stay (Doc. 6) is **granted**.
3. The government's answer/opposition to the motion to vacate sentence pursuant to 28 U.S.C. § 2255 shall be filed no later than **14 days** after the

Supreme Court issues its decision in *Beckles v. United States*, No. 15-8544 (*cert.* granted June 27, 2016).

Dated this 30th day of January, 2017.

_____
David G. Campbell
United States District Judge